McKenna, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RENAISSANCE CARPETS AND TAPESTRIES, INC.,

          Plaintiff,

-- against --

SAMAD BROTHERS, INC.; DAVID SAMAD; and
MALCOLM SAMAD,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 09-cv-06341
(LMM/AJP)

STIPULATION ↔ ORDER
OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to all parties hereto that pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed, with prejudice and with the parties to bear their own costs and attorneys' fees.

Dated: New York, New York
       August _16_, 2010

COWAN, LIEBOWITZ & LATMAN, P.C.

_____
Ronald W. Meister
rwm@cll.com
1133 Avenue of the Americas
New York, NY 10036-6799
Tel.: (212) 790-9255
Attorneys for Plaintiff

KAUFMAN & KAHN, LLP

_____
Mark S. Kaufman
kaufman@kaufmankahn.com
747 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 293-5556
Attorneys for Defendants

SO ORDERED,

_____ 8/17/10
, U.S.D.J.